**FILED**
**FEBRUARY 27, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1194**

U.S. DEPARTMENT OF JUSTICE
Executive Office for Immigration Review
Office of the Immigration Judge

In the Matter of: Tsedeke H. Desta

Case No.: A 73 · 426 · 275

Docket: Chicago, Illinois

RESPONDENT

IN DEPORTATION PROCEEDINGS

**JUDGE DOW**
**MAGISTRATE JUDGE KEYS**

## ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on October 2, 1996.
This memorandum is solely for the convenience of the parties. If the proceedings should be appealed, the Oral Decision will become the official decision in this matter.

J.N.

- [ ] The respondent was ordered deported to _____.
- [ ] Respondent's application for voluntary departure was denied and respondent was ordered deported to _____ or in the alternative to _____.
- [ ] Respondent's application for voluntary departure was granted until _____, with an alternate order of deportation to _____ or _____.
- [X] Respondent's application for asylum was (X) granted ( ) denied ( ) withdrawn ( ) other.
- [X] Respondent's application for withholding of deportation was (X) granted ( ) denied ( ) withdrawn ( ) other.
- [ ] Respondent's application for suspension of deportation was ( ) granted ( ) denied ( ) withdrawn ( ) other.
- [ ] Respondent's application for waiver under Section _____ of the Immigration and Nationality Act was ( ) granted ( ) denied ( ) withdrawn ( ) other.
- [ ] Respondent's application for _____ was ( ) granted ( ) denied ( ) withdrawn ( ) other.
- [ ] Proceedings were terminated.
- [ ] The application for adjustment of status under Section (216)(216A)(245)(249) was ( ) granted ( ) denied ( ) withdrawn ( ) other. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.
- [ ] Respondent's status was rescinded under Section 246.
- [ ] Other _____
- [ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

_____
Immigration Judge

Date: October 2, 1996

11/2/96

Appeal: RESERVED / WAIVED ( A (I) B )

Form EOIR - 37
REV. - JUNE 93

**Exhibit A**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**THE UNITED STATES OF AMERICA**

I-797C, Notice of Action

| Receipt | | NOTICE DATE |
|---|---|---|
| | | August 05, 2004 |
| **CASE TYPE** | | **INS A#** |
| N400   Application For Naturalization | | A 073 426 275 |
| **APPLICATION NUMBER** | **RECEIVED DATE** / **PRIORITY DATE** | **PAGE** |
| LIN*000687122 | July 26, 2004   /   July 26, 2004 | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

TSEDEKE HAILU DESTA
# 2408
920 W LAKESIDE PL
CHICAGO IL  60640

**PAYMENT INFORMATION:**

Single Application Fee:         $390.00
Total Amount Received:      $390.00
Total Balance Due:                 $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:            August 30, 1966
Address Where You Live:   920 W LAKESIDE PL # 2408
                          CHICAGO IL 60640

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:                                INS Customer Serv
US IMMIGRATION AND NATURALIZATION SERVICE          (800) 375-5283
PO BOX 87400
LINCOLN NE 68501-                                  APPLICANT COPY

Exhibit B

LIN$000642103    LING000044354

Form I-797C (Rev. 11/28/03) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>August 16, 2004 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | INS A#<br>A 073 426 275 |
| APPLICATION NUMBER<br>LIN*000687122 | RECEIVED DATE<br>July 26, 2004 | PRIORITY DATE<br>July 26, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

TSEDEKE HAILU DESTA
# 2408
920 W LAKESIDE PL
CHICAGO IL  60640



To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS BROADWAY<br>4853 N. BROADWAY<br>CHICAGO IL 60640 | 08/27/2004<br>02:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS BROADWAY
4853 N. BROADWAY
CHICAGO IL 60640

**Exhibit C**

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
LIN*000687122

### WARNING!
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

Form I-797C (Rev. 11/28/03) N

# THE UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | | NOTICE DATE<br>September 08, 2004 |
|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | INS A#<br>A 073 426 275 |
| APPLICATION NUMBER<br>LIN*000687122 | RECEIVED DATE<br>July 26, 2004 | PRIORITY DATE<br>July 26, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
TSEDEKE HAILU DESTA
# 2408
920 W LAKESIDE PL
CHICAGO IL  60640

Please come to:
CHICAGO CUSA OFFICE
539 SOUTH LA SALLE STREET
CITIZENSHIP OFFICE
FIRST FLOOR
CHICAGO IL 60605
On (Date):  Monday, November 15, 2004
At (Time):  01:20 PM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited.  Please do not arrive any earlier than 30 minutes before your scheduled appointment time.**  The proceeding will take about two hours.  If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States.  You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your  N400 Application for Naturalization).

You MUST BRING the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

PLEASE keep this appointment, even if you do not have all the items indicated above.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

| INS Office Address:<br>US IMMIGRATION AND NATURALIZATION SERVICE<br>CITIZENSHIP OFFICE | INS Customer Service Number:<br>(800) 375-5283 |
|---|---|

APPLICANT COPY

Exhibit D

| U.S. Department of Justice | Naturalization Interview Results |
|---|---|
| Immigration and Naturalization Service | |

A#: 73426275

On ____11/15____, 2004 you were interviewed by **USCIS Officer J. PAWLOWSKA**

- ☑ You passed the tests of English and U.S. history and government.
- ☐ You passed the test of U.S. history and government and the English language requirement was waived.
- ☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

- ☐ You will be given another opportunity to be tested on your ability to ____ speak / ____ read / ____ write English.
- ☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- ☐ Please follow the instructions on the Form N-14.
- ☐ INS will send you a written decision about your application.

- ☐ You did not pass the second and final test of your ____ English ability / ____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) ____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ☑ **A decision cannot yet be made about your application.**

**It is very important that you:**
- ✓ Notify INS if you change your address.
- ✓ Come to any scheduled interview.
- ✓ Submit all requested documents.
- ✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
- ✓ Go to any oath ceremony that you are scheduled to attend.
- ✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 12/7/99) Y

Exhibit E

-16-