FILED
FEBRUARY 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01194    Document 1-3    Filed 02/27/2008    Page 1 of 5

JUDGE DOW
MAGISTRATE JUDGE KEYS

08 C 1194

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Citizenship and Immigration Service
Chicago District Office

# STATUS INQUIRY FORM

DATE: 04/04/05

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: 073426275

Name: DESTA (Last)   TSEDEKE (First)   H (Middle)

Mailing Address: 920 W. Lakeside place   Apt # 2408

City: CHICAGO   State: IL   Zip Code: 60640

Daytime Phone Number: (773) 544 5915

Country of Birth: ETHIOPIA   Date of Birth: 08/30/66

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant   J. N.  ☐ Attorney   ☐ CBO

Name: _____ Last _____ First _____ Middle

Firm / Organization: _____

Mailing Address: _____

Suite # or Apt. # : _____

City: _____ State: _____ Zip Code: _____

Phone No.: _____

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: **GENERAL**   Request Type (check all that apply): ☐ Address Change   ☐ General   ☐ Received Documents

Type of Application (check one): ☐ Adjustment of Status   ☒ Citizenship

DATE APPLICATION FILED: 01/06/2004

FORM FILED (check boxes below that apply):
☐ I-130   ☐ I-485   ☐ I-751   ☐ I-765   ☐ I-824
☐ N-336   ☒ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☐ Other: _____

REQUEST RESCHEDULE FOR (check one): ☐ Interview   ☐ Oath   ☐ Fingerprinting

Additional Comments: _____

*** INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

*** CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: _____   Date: _____

*** MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690

Exhibit F

-17-

```
                              SEARCH CRITERIA:
   CIDN     : A073426275                  ORI: USINSHQ0Z
   A-NUMBER : 073426275
   NAME (L/F): DESTA                      TSEDEKE HAILU

   DATE OF BIRTH  : 08/30/1966
   NC REQUEST SENT: 08/06/2004
   PLACE OF BIRTH : ETH

   ********************* FBI RESPONSE INFORMATION ****************************

   FBI RESPONSE DESC    : PENDING
   DATE PROCESSED BY FBI: 08/18/2004
   DATE/TIME LOADED AT INS: 08/21/2004  16:13:34

   FBI NAME: DESTA,TSEDEKE HAILU           FBI DATE OF BIRTH: 08/30/1966


                              PF6           PF8
                         PRIOR SCREEN     LOGOFF
```

Exhibit G

-19-

JANICE D. SCHAKOWSKY
9TH DISTRICT, ILLINOIS

COMMITTEE ON ENERGY AND COMMERCE

CHIEF DEPUTY WHIP

1027 LONGWORTH HOUSE OFFICE BUILDING
Telephone: 202-225-2111
Fax: 202-226-6890
TTY: 202-225-1904

# Congress of the United States
# House of Representatives
Washington, DC 20515-1309

5533 N. BROADWAY, SUITE 2
CHICAGO, IL 60640
Telephone: 773-506-7100
Fax: 773-506-9202

820 DAVIS STREET, SUITE 105
EVANSTON, ILLINOIS 60201
Telephone: 847-328-3409
Fax: 847-328-3425

1420 RENAISSANCE DRIVE, SUITE 102
PARK RIDGE, IL 60068
Telephone: 847-298-2128
Fax: 847-298-2173

November 7, 2005

Mr. Tsedeke H. Desta
920 Lakeside Place # 2408
Chicago, Illinois 60640

Dear Mr. Desta:

Our office has received a response to the Congressional Inquiry we launched with the Federal Bureau of Investigation (FBI)) on your behalf. According to the response, a review of the Name Check Program database concerning you case revealed that you request was received from the United States Citizenship and Immigration Services on August 18, 2004, and is currently in a pending status. This means that there are instances when the FBI's review of a name check request must require as much time as needed to obtain an unequivocally correct result. Please be assured that the immigration authorities will be advised at the earliest possible date upon completion of this case. Once these necessary procedures are finished, processing of this application can continue.

Sincerely,

*[signature]*

Hector Pop
Constituent Advocate

Exhibit H

WEBSITE: http://www.house.gov/schakowsky/     PRINTED ON RECYCLED PAPER     E-MAIL: jan.schakowsky@mail.house.gov

-20

Tsedeke H. Desta
920 Lake Side Place, #2408
Chicago, IL 60640

January 30, 2006

Richard Durbin
U.S. Senator
c/o Margret Houlihan
Director of Chicago Office, Rm 3892
230 S. Dearborn St.
Chicago, IL 60604

Dear Senator Durbin:

My name is Tsedeke H. Desta. I live at the above cited address in Chicago, Illinois. I am originally from Ethiopia. I applied for citizenship on July 26, 2004, and appeared for interview on November 15, 2004. (Please see attached copy of receipt notice and interview result). I was informed that I had successfully passed the exam. The interviewing officer also informed me that a decision could not be made at the time.

It has now been more than a year now and the service has still not made a decision on my case. Over the weeks and months, I have repeatedly gone to the INS Office in Chicago, at 10 Jackson, and had inquired about the status of my case. The standard response has been that my case is still pending. People who have applied long after I did and have already been sworn in as citizens of the of the United States of America.

Your Excellency: unlike a third world country where the rights of its people are routinely trampled upon, this is a country were the rule of law and fair play holds sway. Equality and justice for all is the cornerstone upon which this great Nation is built upon. Despite the fact that my aspirations of becoming a citizen of this great country are being thwarted at every turn, I still believe and have an unshakable conviction that justice will still prevail. Thus, the purpose of this rather long letter to you..

I feel I have exhausted every legal remedy and I turn to you, Senator, for

Exhibit I, Pg 1 of 2

intervention on my behalf. Without the intervention of your office, I truly believe that the wall of silence, outright indifference and cynicism that surrounds the Immigration & Naturalization Service cannot be breached. I would thus greatly appreciate it and would be in your debt Sir if you could help me realize my long awaited dream of becoming a citizen of this great nation.

If you have any questions, you can reach me at my telephone no. (773) 275-8965.

Thank you and God Bless you.

Very Truly Yours,

Tsedeke H. Desta
Alien # 73 426 275

Exhibit I, pg 2 of 2