FILED
FEBRUARY 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01194    Document 1-5    Filed 02/27/2008    Page 1 of 4

08 C 1194

JUDGE DOW
MAGISTRATE JUDGE KEYS



**Name:** Tsedeke Desta

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** CHI-07-16113

**Appointment Date:** June 11, 2007

**Authentication Code:** f173

J. N.

**Appointment Time:** 3:00 PM

**Location:** 101 W. CONGRESS PARKWAY, Chicago, IL 60605; LOBBY

This is your Confirmation Number:



*CHI-07-16113*

If you wish to cancel this appointment, you will need the following Personal Identification Number:

**10827**

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.

- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)

- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

Exhibit M

https://infopass.uscis.gov/infopass.php?PHPSESSID=b23d30117ddcfbcf20dcbd22e9ff3211    5/31/2007

-----Original Message-----
**From: On Behalf Of** CHI-Congressional4
**Sent:** Tuesday, August 21, 2007 11:09 AM
**To:** Rodriguez, Taina
**Subject:** RE: Congressional Inquiry re: N-400 for Mr. Tsedeke H. Desta

The Honorable Jan Schakowsky
United States Congress
Attn: Taina Rodriguez

This is in response to your inquiry dated August 20, 2007. The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your constituent, Tsedeke H. Desta. Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your constituent has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time period it takes for the results to be electronically submitted to USCIS and updated in our national records.

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an explanation directed to the District Director for consideration with supporting evidence. The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

*Robert L. Blackwood*

Robert L. Blackwood
Field Office Director

**Exhibit N**

JANICE D. SCHAKOWSKY
9TH DISTRICT, ILLINOIS

COMMITTEE ON ENERGY AND COMMERCE

CHIEF DEPUTY WHIP

1027 LONGWORTH HOUSE OFFICE BUILDING
Telephone: 202-225-2111
Fax: 202-226-6890
TTY: 202-225-1904

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1309

5533 N. BROADWAY, SUITE 2
CHICAGO, IL 60640
Telephone: 773-506-7100
Fax: 773-506-9202

820 DAVIS STREET, SUITE 105
EVANSTON, ILLINOIS 60201
Telephone: 847-328-3409
Fax: 847-328-3425

1420 RENAISSANCE DRIVE, SUITE 102
PARK RIDGE, IL 60068
Telephone: 847-298-2128
Fax: 847-298-2173

September 18, 2007

Federal Bureau of Investigation
ATT: Congressional Liaison
935 Pennsylvania Ave., N.W.
Washington, D.C. 20535-0001

Dear Congressional Liaison:

I am writing on behalf of my constituent, Mr. Tsedeke Hailu Desta (A 073 426 275, 08/30/66), who contacted my office regarding the status of a name check pending for an immigration application. Please note a signed Privacy Act Release form is on file with our office. A copy of this document can be forwarded upon request.

Our office has inquired with USCIS regarding my constituent's application for naturalization. We were advised that the applicant's case is being held pending name check completion. As per my constituent's request, please advise our office as to the status of this case, in keeping with all pertinent rules and regulations.

Please direct your response to Taina I. Rodriguez, a Constituent Advocate in my Chicago office. She can be reached via phone at 773-506-7100, via fax at 773-506-9202, or via email at taina.rodriguez@mail.house.gov. Thank you for your attention to this matter.

Sincerely,

*Jan Schakowsky*

Jan Schakowsky
Member of Congress

**Exhibit O**

WEBSITE: http://www.house.gov/schakowsky/        PRINTED ON RECYCLED PAPER        E-MAIL: jan.schakowsky@mail.house.gov

-----Original Message-----
**From:** FBI
**Sent:** Wednesday, November 07, 2007 6:03 AM
**To:** Rodriguez, Taina
**Subject:** TSEDEKE DESTA

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning TSEDEKE DESTA, revealed that a request was received from the United States Citizenship and Immigration Services on 08/18/2004, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituents.


Sincerely,



Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation

Exhibit P