**FILED**
**FEBRUARY 27, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08cv99999 |

TSEDEKE HAILU DESTA vs MICHAEL B. MUKASEY, in his official Capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the Department of Homeland Security; DONALD FERGUSON, in his official capacity as Acting District Director of the the Chicago District Office of USCIS, Department of Homeland Security; ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation, THE DEPARTMENT OF HOMELAND SECURITY, THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and THE FEDERAL BUREAU OF INVESTIGATION

**08 C 1194**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Plaintiff, TSEDEKE HAILU DESTA

**J. N.**    **JUDGE DOW**
**MAGISTRATE JUDGE KEYS**

| NAME (Type or print) |
|---|
| Julianne M. O'Grady |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Julianne M. O'Grady |
| FIRM |
| Law Office of O'Grady & Associates, PC |
| STREET ADDRESS |
| 1 N. LaSalle, Suite 1110 |
| CITY/STATE/ZIP |
| Chicago, Illinois, 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| IL Attorney ID # 6273320 | (312) 338-1808 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐