# United States District Court for the Northern District of Illinois

Case Number: 08cv1194         Assigned/Issued By: j.n.

Judge Name: DOW, JR.          Designated Magistrate Judge: KEYS

## FEE INFORMATION

Amount Due:  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other ____
             ☐ $455.00

Number of Service Copies ____        Date: ____

(For Use by Fiscal Department Only)

Amount Paid: 350              Receipt #: 2570444

Date Payment Rec'd: 2-27-08   Fiscal Clerk: J. N.

## ISSUANCES

☑ Summons                         ☐ Alias Summons

☐ Third Party Summons             ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
                                  _____
☐ Citation to Discover Assets     _____
                                  (Victim, Against and $ Amount)
☐ Writ _____
       (Type of Writ)

7 Original and 0 copies on 2-27-08 as to MICHAEL B. MUKASEY;
                         (Date)
MICHAEL CHERTOFF; ROBERT S. MUELLER, III; DEPT. OF HOMELAND SECURITY;
THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES; FBI; U.S. ATTNY OFFICE

C:\wpwin80\docket\feeinfo.frm    03/14/05