AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

TSEDEKE HAILU DESTA
(A073426275 ),  Plaintiff,

VS

MICHAEL B. MUKASEY, in his official Capacity as Attorney General of the United States; MICHAEL CHERTOFF, in his official capacity as Secretary of the Department of Homeland Security; DONALD FERGUSON, in his official capacity as Acting District Director of the the Chicago District Office of USCIS, Department of Homeland Security; ROBERT S. MUELLER, III, in his official capacity as Director of the Federal Bureau of Investigation, THE DEPARTMENT OF HOMELAND SECURITY, THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and THE FEDERAL BUREAU OF INVESTIGATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  **08 C 1194**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DOW
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Michael B. Mukasey
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Julianne M. O'Grady
Law Office of O'Grady & Associates, PC
1 N. LaSalle, Suite 1110
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

---------------------------------------
(By) DEPUTY CLERK

**February 28, 2008**

-------------------------------------
Date



AO 440  (Rev. 05/00)  Summons in a Civil Action

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant.  Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
        discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): _____

_____

_____

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| **DECLARATION OF SERVER** |
|---|
|      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on  _____     _____
                  *Date*                                  *Signature of Server*

                                                          _____
                                                          *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.