**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TSEDEKE HAILU DESTA ) <br> A073426275 ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> ) <br> MICHAEL B. MUKASEY, in his official ) <br> Capacity as Attorney General of the United States; ) <br> MICHAEL CHERTOFF, in his official capacity ) <br> as Secretary of the Department of ) <br> Homeland Security; RUTH DOROCHOFF, ) <br> in her official capacity as District Director of the ) <br> Bureau of Citizenship and Immigration Services, ) <br> Department of Homeland Security; ) <br> ROBERT S. MUELLER, III, in his official ) <br> capacity as Director of the Federal Bureau of ) <br> Investigation, The DEPARTMENT OF ) <br> HOMELAND SECURITY, The UNITED ) <br> STATES CITIZENSHIP AND IMMIGRATION ) <br> SERVICES, and The FEDERAL BUREAU ) <br> OF INVESTIGATION, ) <br> ) <br> Defendants. ) | | Case No.  08-CV-01194 <br><br> Judge Robert M. Dow <br><br> Magistrate Judge Keys |

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS**

NOW COMES the Petitioner, TSEDEKE HAILU DESTA, by and through his attorney, Julianne M. O'Grady of the Law Office of O'Grady & Associates, PC, and requests this Court to allow the voluntary dismissal of his complaint for naturalization and mandamus.  Plaintiff was scheduled for and attended his Naturalization Oath Ceremony on April 30, 2008, and is now a naturalized citizen.  In support of this motion, the Plaintiff states:

1. Pursuant to Fed. R. Civ. P. 41(a), the Plaintiff may voluntarily dismiss the complaint prior to service of an answer by the adverse party.  As of April 30, 2008, Plaintiff has not been served with an answer from any of the Defendents.

2. The Plaintiff has obtained the relief sought, his naturalization, and no further controversy exists.

3. Plaintiff further prays that this honorable court strike off call the status hearing scheduled for 5/6/2008.

                                             Respectfully submitted,

                                             /s/ Julianne M. O'Grady
                                             Julianne M. O'Grady
                                             Petitioner's Attorney

Julianne M. O'Grady
IL ARDC #6273320
Attorney for the Plaintiff
Law Office of O'Grady & Associates, PC
1 N. LaSalle Street, Suite 1110
Chicago, Illinois 60602
Voice:   (312) 338-1808
Fax:   (312) 338-1809