**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Tsedeke Hailu Desta
                                  Plaintiff,

v.                                                        Case No.: 1:08–cv–01194
                                                         Honorable Robert M. Dow Jr.

Michael B. Mukasey, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr: MOTION by Plaintiff Tsedeke Hailu Desta to dismiss above−entitled case voluntarily, pursuant to Fed.R.Civ. P 4l(a), is granted and so ordered. Status hearing date of 5/6/08 is stricken. Case terminated.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.